**LATHAM & WATKINS LLP**
Michael H. Rubin (CA 214636)
  *Michael.rubin@lw.com*
Melanie M. Blunschi (CA 234264)
  *Melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095

Serrin A. Turner (*pro hac vice*)
  *Serrin.turner@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

*Attorneys for Defendant Accellion, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MADALYN BROWN, COLE MCDOWELL, CHRISTY BROCKINGTON and DEREK DAWES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCELLION, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 5:21-cv-01155-EJD<br><br>**NOTICE OF SANTA CLARA SUPERIOR COURT AND ALAMEDA SUPERIOR COURT NOTICE OF RELATED CASE FILING PURSUANT TO CALIFORNIA RULE OF COURT 3.300**<br><br>Judge:  Hon. Edward J. Davila<br>Ctrm:  4 – 5th Floor |

1   SUSAN ZEBELMAN, on behalf of herself and          Case No. 5:21-cv-01203-EJD
    all others similarly situated,
2
                    Plaintiff,
3
         v.
4
    ACCELLION, INC., a Delaware limited
5   liability company,

6                   Defendant.

7   ─────────────────────────────────────
    HEATHER RODRIGUEZ, on behalf of herself          Case No. 5:21-cv-01272-EJD
8   and all others similarly situated,

9                   Plaintiff,

10       v.

11  ACCELLION, INC.,

12                  Defendant.

13
    ─────────────────────────────────────
14  JARAMEY STOBBE, individually and on              Case No. 5:21-cv-01353-EJD
    behalf of all others similarly situated,
15
                    Plaintiff,
16
         v.
17
    ACCELLION, INC.,
18
                    Defendant.
19

20
    ─────────────────────────────────────
21  CHRISTINA PRICE, individually and on             Case No. 5:21-cv-01430-EJD
    behalf of herself and all other persons similarly
22  situated,

23                  Plaintiff,

24       v.

25  ACCELLION, INC.,

26                  Defendant.

27

28

1

2

3

4  | EUGENE BOLTON, on behalf of himself and all others similarly situated,     Case No. 5:21-cv-01645-EJD

5                         Plaintiff,

6              v.

7  ACCELLION, INC.,

8                         Defendant.

9

10  VALERIE WHITTAKER, on behalf of herself and all others similarly situated,     Case No. 5:21-01708-EJD

11

12                        Plaintiff,

13             v.

14  ACCELLION, INC.,

15                        Defendant.

16

17  RICKY COCHRAN and ALAIN BERREBI, individually and on behalf of all others similarly situated,     Case No. 5:21-cv-01887-EJD

18

19                        Plaintiffs,

20             v.

21  THE KROGER CO. and ACCELLION, INC.,

22                        Defendants.

23

24  GRACE BEYER, individually and on behalf of all others similarly situated,     Case No. 5:21-cv-02239-EJD

25                        Plaintiff,

26

27             v.

28

| | |
|---|---|
| FLAGSTAR BANCORP, INC. d/b/a FLAGSTAR BANK and ACCELLION, INC.,<br><br>          Defendants. | |
| AARON SHARP, on behalf of himself and all other similarly situated,<br><br>               Plaintiff,<br><br>      v.<br><br>ACCELLION, INC.,<br><br>               Defendant. | Case No. 5:21-cv-02525-EJD |
| JANET POLLARD, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>      v.<br><br>ACCELLION, INC. and FLAGSTAR BANCORP, INC. d/b/a FLAGSTAR BANK,<br><br>               Defendants. | Case No. 5:21-cv-02572-EJD |
| J. DOE, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>      v.<br><br>HEALTH NET OF CALIFORNIA, INC., HEALTH NET LLC, and ACCELLION, INC.,<br><br>               Defendants. | Case No. 5:21-cv-02975-EJD |

| | |
|---|---|
| JOHN HARBOUR AND TAMI WISENESKY, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFONRIA HEALTH & WELLNESS PLAN, HEALTH NET OF CALIFORNIA, INC., HEALTH NEW LIFE INSURANCE COMPANY, HEALTH NET COMMUNITY SOLUTIONS, INC., HEALTH NET LLC, and ACCELLION, INC.,<br><br>        Defendants. | Case No. 5:21-cv-03322-EJD |
| JOWELI VUNISA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>HEALTH NET LLC, HEALTH NET OF CALIFORNIA, INC., HEATH NET LIFE INSURANCE COMPANY, HEALTH NET COMMUNITY SOLUTIONS, INC., CALIFORNIA HEALTH & WELLNESS, CENTENE CORPORATION and ACCELLION, INC., and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 5:21-cv-03425-EJD |
| AMIRESSE DESJARDINS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>ACCELLION, INC.,<br><br>        Defendant. | Case No. 5:21-cv-04743-EJD |

**TO THE COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that on August 12 and 16, 2021, Defendant Accellion, Inc., ("Accellion") filed a Notice of Related Case in following cases, *Erazo v. The Regents of the University of California, et. al.,* Case No. RG21097796, which is currently pending in Alameda Superior Court; *Cunanan v. Health Net, LLC, et. al.,* Case No. 21CV381776, which is currently pending in Santa Clara Superior Court; *Faridian, et. al., v. Accellion, Inc.,* Case No. 21CV384150, which was then pending in Santa Clara Superior Court, but which was removed to the Northern District of California on August 20, 2021. This Notice of Related Case listed the above-captioned cases as a related case. Pursuant to California Rule of Court, Rule 3.300(d), Accellon's Notice of Related Case must be filed in all pending cases on the notice. Accordingly, a copy of those filings are attached hereto as Exhibits 1-3.

Respectfully submitted,

Dated: August 23 2021

/s/*Melanie M. Blunschi*
**LATHAM & WATKINS LLP**
Michael H. Rubin (CA Bar No. 214636)
*Michael.rubin@lw.com*
Melanie M. Blunschi (CA Bar No. 234264)
*Melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Serrin A. Turner (*pro hac vice*)
*Serrin.turner@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

Attorneys for Defendant *Accellion Inc.*

1